# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JAVAR GRAVES, | Case No. 19-CV-2146 (NEB/DTS) |
| Plaintiff, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| MICHAEL BROWN, | |
| Defendant. | |

The Court has received the August 14, 2019 Report and Recommendation of United States Magistrate Judge David T. Schultz. [ECF No. 3 ("R&R").] No party has objected to the R&R, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

1. This Court ACCEPTS the R&R [ECF No. 3];

2. This matter is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii); and

3. Plaintiff's motion to proceed *in forma pauperis* [ECF No. 2] is DENIED.

Dated: September 18, 2019     BY THE COURT:

                                                        s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge